UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC., )<br>                  Plaintiff, )<br>                              )<br>v.                              )<br>                              )<br>HUAWEI TECHNOLOGIES USA, INC., )<br>ET AL.,                         )<br>                Defendants. )  | Civil Action No. 2:18-cv-354<br><br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION TO DISMISS THE ACTION AGAINST CERTAIN DEFENDANT HUAWEI ENTITIES WITHOUT PREJUDICE**

Plaintiff Traxcell Technologies, LLC files this Motion to Dismiss the action against Defendants:

1. Futurewei Technologies Inc., without prejudice;

2. Huawei Investment & Holding Co., without prejudice;

3. Huawei Device (Hong Kong) Co., Ltd., without prejudice; and,

4. Huawei Technologies Cooperatief U.A., without prejudice,

Each have not yet answered. This motion does not affect the actions against the other named Defendants in Plaintiff's First Amended Complaint.

**CONCLUSION**

Plaintiff requests that the action against Futurewei Technologies Inc.; Huawei Investment & Holding Co.; Huawei Device (Hong Kong) Co., Ltd.; and, Huawei Technologies Cooperatief U.A., each be dismissed without prejudice.

Respectfully submitted,

**Ramey & Schwaller, LLP**

By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
Telephone: (713) 426-3923
Facsimile: (832) 900-4941
wramey@rameyfirm.com

**Hicks Thomas, LLP**

John B. Thomas (Co-Counsel)
Texas Bar No. 19856150
700 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150
jthomas@hicks-thomas.com

**Attorneys for Traxcell Technologies, LLC**

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendant agreed to the filing of this motion on September 18, 2018.

/s/ William P. Ramey, III
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of September 21, 2018 with a copy of the foregoing via the Court's CM/ECF system.

/s/ William P. Ramey, III
William P. Ramey, III